IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CURTIS C. EVANS                                                                                    PLAINTIFF

v.                                                                                   No. 4:18CV128-NBB-JMV

PELICIA HALL, ET AL.                                                                            DEFENDANTS

**FINAL JUDGMENT**

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court;

3. That the plaintiff's *in forma pauperis* is **REVOKED,** and he may not proceed as a pauper in this case;

4. The **DEADLINE** to pay the filing fee in this case is 21 days from the date of this order; and

5. *Failure to pay the filing fee within 21 days of the date of this order will result in the dismissal of this case **without further order from the court.***

**SO ORDERED**, this, the 13th day of February, 2019.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE