IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CURTIS C. EVANS** **PLAINTIFF**

**v.** **No. 4:18CV128-NBB-JMV**

**PELICIA HALL, ET AL.** **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S MOTION [22]
FOR RETURN OF FILING FEE**

This matter comes before the court on the motion [22] by Curtis Evans for the court to return the funds debited from his inmate account in according with the Prison Litigation Reform Act. On November 2, 2018, the court granted Mr. Evans' motion to proceed as a pauper and required the inmate account custodian at his facility to debit his account in accordance with the Prison Litigation Reform Act. Later, however, the court revoked [19] his pauper status and dismissed this case. As such, the order requiring Mr. Evans to pay the filing fee was effectively made moot. For this reason, the Inmate Account Custodian is **DIRECTED** to terminate the debits from Mr. Evans' account, and the Clerk of the Court is **DIRECTED** to return the funds debited from Mr. Evans' account that were to pay the filing fee in this case. *This order has no effect on orders in this or other courts requiring debits from the plaintiff's account to pay the filing fee in other cases.*

**SO ORDERED**, this, the 26th day of September, 2019.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE