# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CURTIS C. EVANS**                                                            **PLAINTIFF**

**v.**                                                                   **No. 4:18CV128-NBB-JMV**

**PELICIA HALL, ET AL.**                                                   **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S MOTIONS [25], [28]
## FOR A STATUS UPDATE

This matter comes before the court on the plaintiff's motions for a status update on the return of the portion of the filing fee he has paid into the court prior to revocation of his pauper status. A check for $313.89 was sent to Premier Supply Link at the beginning of April, and a voucher has been processed for that check. The plaintiff should have received the funds.

**SO ORDERED**, this, the 8th day of May, 2020.

                                                                       /s/    Jane M. Virden
                                                                       UNITED STATES MAGISTRATE JUDGE